UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON APPELLATE PROJECT FOR STATE OF WASHINGTON, et. al., <br><br> Defendants. | Case No. C17-1123 RSM <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This case is dismissed without prejudice prior to service for failure to pay the filing fee or submit an application to proceed *in forma pauperis*.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 21st day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1